HENRI PLESSNER, Respondent, *v.* CONTINENTAL CASUALTY COMPANY, Appellant.

Submitted April 19, 1945; decided May 24, 1945.

*Borris M. Komar* for appellant.

*Herman S. Axelrod* for respondent.

Appeal dismissed, with costs, on the ground that the judgment appealed from does not finally determine the action within the meaning of the Constitution. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.